KAPLAN LAW GROUP
KORY L. KAPLAN, ESQ.
Nevada Bar No. 13164
Email: kory@kaplanlawgroup.com
10091 Park Run Drive, Suite 190
Las Vegas, Nevada 89145
Telephone: (702) 381-8888
Facsimile: (702) 832-5559
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| WILLIAM KELLY,<br><br>                Plaintiff,<br><br>vs.<br><br>USAA GENERAL INDEMNITY COMPANY d/b/a USAA; DOES I-X, inclusive; and ROE BUSINESS ENTITIES XI-XX, inclusive,<br><br>                Defendants. | CASE NO.: 2:25-cv-00381-RFB-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

      IT IS STIPULATED, by and between Plaintiff William Kelly ("Plaintiff") and Defendant USAA General Indemnity Company d/b/a USAA ("Defendant"), through their undersigned counsel of record, that this entire action be dismissed in its entirety with prejudice, with each party to bear its own costs and attorneys' fees.

      **NOW THEREFORE, IT IS STIPULATED AND AGREED** that Plaintiff's Complaint is dismissed with prejudice against Defendant; and

. . .

. . .

. . .

. . .

. . .

. . .

. . .

**IT IS FURTHER STIPULATED AND AGREED** that each party shall bear its own attorneys' fees and costs incurred in this action.

| | |
|---|---|
| Dated: April 22, 2025 | Dated: April 22, 2025 |
| Respectfully submitted, | Respectfully submitted, |
| KAPLAN LAW GROUP | SPENCER FANE LLP |
| /s/ Kory L. Kaplan | /s/ Mary E. Bacon |
| KORY L. KAPLAN, ESQ.<br>Nevada Bar No. 13164<br>10091 Park Run Drive, Suite 190<br>Las Vegas, NV 89145<br>*Attorneys for Plaintiff* | MARY E. BACON, ESQ.<br>Nevada Bar No. 12686<br>JESSICA E. CHONG, ESQ.<br>Nevada Bar No. 13845<br>300 S. Fourth Street, Suite 1600<br>Las Vegas, NV 89101<br>*Attorneys for Defendant* |

**IT IS SO ORDERED.**

Dated: April 23, 2025

_____
UNITED STATES DISTRICT COURT JUDGE/
UNITED STATES MAGISTRATE JUDGE

2